1026

No. 89–1762. MYERS ET AL. *v.* AP PROPANE, INC. C. A. 6th Cir. Certiorari denied.

No. 89–1763. CORNWELL *v.* CRAWFORD ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1766. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, UNION NO. 1149, ET AL. *v.* SEAVIEW INDUSTRIES, INC. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–1783. MEYER *v.* STATE BAR OF TEXAS; and MEYER *v.* LOWRY, DISTRICT JUDGE, 261ST JUDICIAL DISTRICT, TRAVIS COUNTY, TEXAS, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 89–1792. POLLACK *v.* GRUIS ET AL. Ct. App. D. C. Certiorari denied.

No. 89–1803. SCHAEFER *v.* GALLEGO ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–1809. TOWNSEND ET AL. *v.* CRAMBLETT ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–1823. KOPCHO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–1825. RAMIREZ *v.* WOODS, JUDGE, DISTRICT COURT OF TEXAS, WEBB COUNTY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–1844. MCLENDON *v.* PETTEY. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 89–1872. CITY OF SANSOM PARK, TEXAS, ET AL. *v.* PEELMAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–6917. GALLION *v.* ZINN. C. A. 8th Cir. Certiorari denied.

No. 89–6988. CLARK *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 89–7044. LLOYD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.